**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00229-REB-BNB

SHARRON JONES,

    Plaintiff,

v.

KAISER PERMANENTE, a/k/a Kaiser Foundation Health Plan of Colorado[1]

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#22][2] filed October 21, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#22] filed October 21, 2011, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**.

Dated October 24, 2011, at Denver, Colorado.

                                       **BY THE COURT:**

                                       */s/ Bob Blackburn*
                                       Robert E. Blackburn
                                       United States District Judge

---

[1] In plaintiff's complaint [#1], the defendant was named as "Kaiser Permanente." However, in the Stipulated Motion To Dismiss With Prejudice [#22], the defendant is identified as "Kaiser Foundation Health Plan of Colorado." Thus, in this order I have used both names ascribed to the defendant.

[2] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.